IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**RONALD SATISH EMRIT**                                                                                      **PLAINTIFF**

V.                                            **CASE NO. 5:24-CV-5056**

**SEAN "P.DIDDY" COMBS;**
**BAD BOY ENTERTAINMENT; and**
**ATLANTIC RECORDS**                                                                                       **DEFENDANTS**

## ORDER

Now before the Court is the Report and Recommendation (Doc. 7) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. On April 10, 2024, Plaintiff filed a premature "Notice of Appeal" (Doc. 8), which was docketed as an objection to the Report and Recommendation. The Court does not view Plaintiff's filing as an objection that requires a ruling. Plaintiff merely restates the allegations in the Complaint—which are nonsensical and untethered from reality—and does not substantively engage with the Report and Recommendation in any respect. To the extent the objection requires a ruling, it is **OVERRULED**.

The Court therefore **ADOPTS the Report and Recommendation IN ITS ENTIRETY**. The case is **DISMISSED** due to res judicata. Further, the allegations in the Complaint are frivolous and fail to state any valid claims, and there are no facts to establish venue in the Western District of Arkansas.

**IT IS SO ORDERED** on this 16th day of April, 2024.

                                                            */s/ Timothy L. Brooks*
                                                            TIMOTHY L. BROOKS
                                                            UNITED STATES DISTRICT JUDGE